# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | |
|---|---|
| SHARON LANE, ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | **CIVIL ACTION** |
| vs. ) | |
| ) | No.    3:10-cv-152 |
| UNITED OF OMAHA LIFE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant/Counter-Plaintiff ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| THELMA McMAHAN, ) | |
| ) | |
| Third-Party Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to this civil action that have appeared hereby stipulate that this civil action may be dismissed, with prejudice, and with no fees or costs awarded to either party.

WE SO STIPULATE:


s/Courtney H. Gilmer
Courtney H. Gilmer (TN BPR #22131)
BAKER, DONELSON, BEARMAN
CALDWELL & BERKOWITZ, P.C.
211 Commerce Street, Suite 800
Nashville, Tennessee 37920
(615) 726-5761
cgilmer@bakerdonelson.com

*Attorney for Defendant United of Omaha Life Insurance Company*

s/Michael S. Shipwash by Courtney H. Gilmer with permission
Michael S. Shipwash (TN BPR #19173)
LAW OFFICE OF MICHAEL S. SHIPWASH
8079 Kingston Pike, Suite O
Knoxville, Tennessee 37919
(865) 691-4454

*Attorney for Plaintiff Sharon Lane*

s/W. Tyler Chastain by Courtney H. Gilmer with permission
W. Tyler Chastain (TN BPR #16029)
BERNSTEIN, STAIR & McADAMS, LLP
The Weston Building
4823 Old Kingston Pike, Suite 300
Knoxville, Tennessee 37919
(865)546-8030
wtylerc@bsmlaw.com

*Attorney for Third-Party Defendant Thelma McMahan*

N VAS01 927272 v1
2786516-000038  10/29/2012